IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,

        Plaintiffs,

v.

WESLEY HOTEL, INC.,

        Defendant.

CIVIL ACTION NO.
1:04CV12297-RCL

### AFFIDAVIT OF JOHN P. FULLER

COMES NOW John P. Fuller and under oath does depose and say as follows:

1. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.
2. There are no disciplinary proceedings pending against me in any jurisdiction.
3. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.
4. I am currently actively associated with O. Oliver Wragg, Esq. who is a member of the bar of this Court.

I hereby swear upon penalty of perjury that the foregoing Declaration is true to the best of my knowledge.

Date: 12/14/04

_____
John P. Fuller, Esquire

STATE OF FLORIDA      )

COUNTY OF MIAMI-DADE    )

Sworn to (or affirmed) and subscribed before me this 15 day of December, 2004, by John P. Fuller.


NOTARY PUBLIC, State of Florida


Rebecca M Lichtenberger
My Commission DD138410
Expires August 01, 2006

Personally Known ✓ OR Produced Identification _____
Type of Identification Produced _____

EXHIBIT B