IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, individually,

        CIVIL ACTION NO.:
        1:04cv12297-RCL

    Plaintiff,

v.

WESLEY HOTEL, INC.,

    Defendant.
_____/

## MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

COMES NOW the Plaintiff, by and through his undersigned attorneys, and move this Court pursuant to Local Rule 40.3(a) for good cause to continue the Scheduling Conference set by the Court on January 12, 2005 @ 3:00 pm to January 28, 2005, and as ground therefor states the following:

1.    Lead counsel for the Plaintiffs, from the law firm of Fuller, Fuller & Associates, P.A., John P. Fuller has definitive plans to be in Boston, Massachusetts, the week of January 24 through 28, 2005.

2.    The undersigned has conferred with opposing counsel who has no objection to resetting the Initial Scheduling Conference to January 28, 2005, provided that this time is available on the Court docket.

WHEREFORE, it is respectfully requested that this Court continue the Initial Scheduling Conference from January 12, 2005 to January 28, 2005.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 15 th day of December, 2004 to:

Laurence J. Donoghue, Esq.
Morgan, Brown & Joy, LLP
One Boston Place
Boston, MA 02108
E-mail: ldonoghuei@morganbrown.com
Tel.: (617) 523-6666

        FULLER, FULLER & ASSOCIATES, P.A.
        *Attorneys for Plaintiffs*
        12000 Biscayne Blvd., Suite 609
        North Miami FL 33181
        Tel.: (305)891-5199; Fax: (305)893-9505
        FFA@fullerfuller.com

        By: _/s/ Oliver Wragg_ *with approved permission*
        Oliver Wragg, Esq. (BBO #643152)
        Of Counsel

JPF/mm

3633-MA Motion to Continue Scheduling Confce (mm 12-15-04).wpd