FROM : TENT CITY Case 1:04-cv-12297-RCL FAX NO. Document 6 Filed 01/20/2005 Jan. 20 2005 05:20PM Page 1 of 1 P1/1



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,

        Plaintiff,

v.

WESLEY HOTEL, INC., a Massachusetts Corporation,

        Defendant.

Case Number: 04-cv-12297 RCL

### PLAINTIFF'S LOCAL RULE 16.1 (d) CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and parties hereby certify that they have conferred:

    (a)    With a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of the litigation; and

    (b)    To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____
George Iverson

_____
O. Oliver Wragg, Esq. (BBO #643152)
Of Counsel
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 689-0800

oow: td(td@fullerfuller.com)
3830