UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,

    Plaintiff,

Case No.: 04-CV-12297-RCL

v.

WESLEY HOTEL, INC., a Massachusetts Corporation

    Defendant.

### DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), Defendant Wesley Hotel, Inc. and its counsel hereby certify that they have conferred with a view to establish a budgeting for the costs of conducting the full course and various alternative courses of this litigation. In addition, Defendant and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs.

    Respectfully submitted,

    WESLEY HOTEL, INC.
    70 Lake Avenue
    Oak Bluffs, MA 02557

*[signature]*

Peter Martell, President

And by its attorneys,

By: *[signature]*
Laurence J. Donoghue, Esq. (BBO 130140)
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109
Tel.: (617) 523-6666

Dated: January 21, 2005