# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 04 CV 12297 RCL

**Plaintiff:**
**GEORGE IVERSON**

vs.

**Defendant:**
**WESLEY HOTEL INC.**

For:
Oliver Wragg
FULLER AND FULLER
1200 Biscayne Blvd.
Suite 609
N.Miami, FL 33181

Received by CAPLAN & CAPLAN to be served on **HOTEL WESLEY INC. 21 HUSTON AVENUE OAK BLUFFS, MA..**

I, Mark C.Gaisford, do hereby affirm that on the **15th day of November, 2004 at 2:12 pm**, I:

Served the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me to PETER MARSHALL as PRESIDENT of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a sworn Constable, in good standing, in the municipality in which the process was served.

Subscribed to and sworn before me
this 15 day of November, 2004

Thomas J. Younis, Notary Public
My commission expires Apr. 11, 2009

Mark C.Gaisford
Constable - Boston P-146

CAPLAN & CAPLAN
172 West Flagler St. #320
Miami, FL 33130

Our Job Serial Number: 2004000296

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

118 2271