IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,

    Plaintiff,

v.

WESLEY HOTEL INC.,

    Defendant.

CIVIL ACTION NO.
1:04-CV-12297-RCL

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the F.R.C.P. 41(a), hereby move to dismiss the above referenced matter with prejudice due to a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties herein request that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

**FOR DEFENDANT WESLEY HOTEL, INC:**

Laurence Donoghue, Esq.
BBO #: 130140
200 State Street, 11th Floor
Boston, MA 02100-2605
Tel: (617) 523-6666
Fax: (617) 367-3125

Date: 15/19/05

By: _____
Attorney for Defendant

**FOR PLAINTIFF GEORGE IVERSON:**

John P. Fuller, Esq.
Admitted Pro Hac Vice
1220 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel: (305) 891-5199;
Fax: (305) 893-9505

Date: 12/13/05

By: _____
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,

    Plaintiff,

v.

WESLEY HOTEL INC.,

    Defendant.

CIVIL ACTION NO.
1:04-CV-12297-RCL

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Stipulation of Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

a.    The Stipulation for Dismissal With Prejudice field herein by the Plaintiff, and the Defendant, be and the same is hereby approved by the Court;

b.    The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

c.    The Court retains jurisdiction of the above-styled cause to enforce the Settlement Agreement; and

d.    To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

DONE and ORDERED in Chambers in Boston, Massachusetts, this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE